## Commonwealth *v.* Eckhart, Appellant.

Submitted September 13, 1971. *John J. Segata, Jr.,* Assistant Public Defender, for appellant; *Alan B. McFall,* Assistant District Attorney, and *Charles H. Spaziani,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Fardella et al., Appellants.

Submitted September 17, 1971. *Edward F. Kane,* for appellants; *Stewart J. Greenleaf,* Assistant District Attorney, *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgments of sentence affirmed, and the defendants are directed to appear in the court below at such time as they may be there called, and that they be by that court committed until they have complied with the sentence or any part thereof which had not been performed at the time the appeal was made a supersedeas.